UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **EDCV 12-1382-MWF(SPx)**                                Dated: **August 12, 2013**

Title:     Terrance Tucker -v- A-Z Bus Sales Inc

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                  None Present

PROCEEDINGS (IN CHAMBERS):           COURT ORDER

In light of the Notice of Settlement filed August 9, 2013, the Court sets a hearing on Order To Show Cause Re Dismissal for **September 30, 2013, at 11:30 a.m.**  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                           Initials of Deputy Clerk   rs
CIVIL - GEN

-1-